UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIO BUSTILLO-LARA,
    Petitioner,

No. 1:07-cv-863

-v-

HONORABLE PAUL L. MALONEY

MARY BURGHUIS,
    Respondent.

## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 15, 2010            /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge